IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WITHERSPOON,<br><br>           Plaintiff,<br><br>     v.<br><br>CARLA GREEN, an individual; KARRYL SMITH, an individual; CARLA GREEN and KARRYL SMITH, professionally known as THE CONSCIOUS DAUGHTERS; OSCAR JEROME JACKSON, JR., professionally known as PARIS, an individual; GUERRILLA FUNK RECORDINGS AND FILMWORKS, LLC, a California limited liability company; FONTANA DISTRIBUTION, LLC, a Delaware limited liability company; STEVEN ANDERSON, also known as STEVEN KING, an individual; and DOES 1 though 200, inclusive,<br><br>           Defendants.<br>_____/ | No. C 10-03722 CW<br><br>ORDER IN REGARD TO SERVICE OF DEFENDANTS |

     On November 15, 2010, Plaintiff Eric Witherspoon filed a status report with the Court.  Docket No. 5.  It appears that thus far, certain Defendants in the present lawsuit have not received service of summons, or waived service.

     The Court warns Plaintiff that Carla Green, Karryl Smith, Oscar Jerome Jackson, and Steven Anderson must be served within 120 days from the date the lawsuit was filed.  Because the lawsuit was filed on August 20, 2010, the deadline is December 20, 2010.

     If Defendants do not respond to Plaintiff's request for a waiver of service, Plaintiff must timely serve them.  Plaintiff may

1  ask for an extension of time to serve the remaining Defendants;
2  however, this request must be submitted to the Court prior to the
3  deadline.

6  Dated 12/1/2010

   CLAUDIA WILKEN
   United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ERIC WITHERSPOON,

        Plaintiff,

  v.

CARLA GREEN et al,

        Defendant.

Case Number: CV10-03722 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Witherspoon
3200 Shattuck Avenue, #3
Berkeley, CA 94705

Guerrilla Funk Recordings and Filmworks, LLC
Legalzoom.com c/o Jacob Varghese
7083 Hollywood Blvd., Suite 180
Los Angeles, CA

Fontana Distribution, LLC
C T Corporation System
818 West Seventh Street
Los Angeles, CA

Dated: December 1, 2010

                              Richard W. Wieking, Clerk
                              By: Nikki Riley, Deputy Clerk