IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WITHERSPOON, | No. 10-03722 CW |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANTS |
| v. | |
| CARLA GREEN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Eric Witherspoon requests an extension of time to serve Defendants who did not respond to his request for a waiver of service of summons. He also requests that the Court order these Defendants to pay his costs of serving them.

For good cause, the Court grants Plaintiff's request for an extension of time and grants him an additional thirty days from the date of this order to serve Defendants. Plaintiff may move for reimbursement of his costs of service after he has served these Defendants.

IT IS SO ORDERED.

Dated: 12/21/2010

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ERIC WITHERSPOON,

        Plaintiff,

  v.

CARLA GREEN et al,

        Defendant.

_____/

Case Number: CV10-03722 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric  Witherspoon
3200 Shattuck Avenue, #3
Berkeley,  CA 94705

Dated: December 21, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

United States District Court
For the Northern District of California

2