IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WITHERSPOON,<br><br>            Plaintiff,<br><br>      v.<br><br>CARLA GREEN, et al.,<br><br>            Defendants.<br>_____/ | No. 10-03722 CW<br><br>ORDER GRANTING IN PART AND DENYING In PART REQUEST FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT<br>(Docket No. 15) |

Having considered the papers submitted by the Plaintiff, the Court GRANTS Plaintiff's Request for Extension of Time to Serve Carla Green, Karryl Smith, Steven Anderson, and Oscar Jerome Jackson, Jr. until March 11, 2011.  The Court DENIES Plaintiff's Request to Serve the Defendants by e-mail. The case management conference previously scheduled for Tuesday, January 25, 2011, is continued to Tuesday, March 22, 2011 at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint Case Management Statement will be due one week prior to the conference.

    IT IS SO ORDERED.

Dated: 1/25/2011

                                    CLAUDIA WILKEN
                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ERIC WITHERSPOON,

        Plaintiff,

  v.

CARLA GREEN et al,

        Defendant.

Case Number: CV10-03722 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Witherspoon
3200 Shattuck Avenue, #3
Berkeley, CA 94705

Dated: January 25, 2011

                                      Richard W. Wieking, Clerk
                                      By: Nikki Riley, Deputy Clerk

2