IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WITHERSPOON,<br><br>    Plaintiff,<br><br>  v.<br><br>CARLA GREEN,<br><br>    Defendant.<br>_____/ | No. C 10-03722 CW<br><br>ORDER OF<br>REFERENCE TO<br>MAGISTRATE JUDGE |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Motion to Compel Answer to Interrogatories and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  The hearing noticed for Thursday, July 28, 2011 is vacated.  The parties will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 6/20/2011

                                             */s/ Claudia Wilken*<br>                                            CLAUDIA WILKEN<br>                                            United States District Judge

cc: Sue; Assigned M/J w/mo.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ERIC WITHERSPOON,

        Plaintiff,

  v.

CARLA GREEN et al,

        Defendant.
                                        /

Case Number: CV10-03722 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Witherspoon
3200 Shattuck Avenue, #3
Berkeley, CA 94705

Dated: June 20, 2011

                                    Richard W. Wieking, Clerk
                                    By: Nikki Riley, Deputy Clerk