1  Adam S. Gruen (SB #114888)
   LAW OFFICES OF ADAM S. GRUEN
2  350 Berkeley Park Boulevard, Suite 4
   Kensington, CA 94707
3  Telephone: (510) 526-4949
   Facsimile : (510) 526-4947
4
   Attorneys for Defendants and Counter-Claimants
5  OSCAR JEROME JACKSON, JR., aka
   "PARIS," GUERRILLA FUNK RECORDINGS
6  AND FILMWORKS, LLC, and Defendant
   FONTANA DISTRIBUTION, LLC
7
                   UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                           OAKLAND DIVISION
10

| | |
|---|---|
| ERIC WITHERSPOON, professionally known as "DORIAN MOORE,"<br><br>    Plaintiff,<br>vs.<br><br>CARLA GREEN, an individual, KARRYL SMITH, an individual, CARLA GREEN and KARRYL SMITH, professionally known as THE CONSCIOUS DAUGHTERS; OSCAR JEROME JACKSON, JR., professionally known a "PARIS," an individual, GUERRILLA FUNK RECORDINGS AND FILMWORKS, LLC, a California limited liability company, FONTANA DISTRIBUTION, LLC, a Delaware limited liability company, STEVEN ANDERSON, also known as STEVEN KING, an individual, and DOES 1-200, inclusive,<br><br>    Defendants.<br><br>AND COUNTERCLAIM | CASE NO: C10-03722 CW<br><br>APPLICATION OF DEFENDANT FONTANA DISTRIBUTION FOR PERMISSION TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE AND ORDER<br><br>DATE: June 22, 2011<br>TIME: 1:30 P.M.<br>COURTROOM: D (15th Floor) |

1  Defendant Fontana Distribution, a Delaware limited liability company ("Fontana"),
2  applies for permission (through its undersigned counsel) to appear at the scheduled Settlement
3  Conference via telephone. Fontana is a Los Angeles-based company. The attorney handling
4  the matter for it, Darren Schmidt, has his office in Los Angeles.

5  Fontana is *not* the target defendant in this case; Oscar Jackson, Jr. and Guerilla Funk are
6  the target defendants. They intend to personally appear with undersigned at the Settlement
7  Conference.

8  Fontana does not have information relevant to settlement. Plaintiff recently testified,
9  under oath at deposition, *that he had no communications whatsoever with anyone at Fontana*
10 *until after the legal dispute arose*. Undersigned counsel represents that he is fully aware of the
11 settlement position of Fontana.

12 This request would have been submitted earlier except that undersigned counsel has
13 pneumonia, which has limited his time in the office during the last two weeks.

14 Dated: June 13, 2011                    .LAW OFFICES OF ADAM S. GRUEN

16                                          By_____
17                                              Adam S. Gruen
18                                              Attorneys for Defendants

19                              **ORDER**
20 No opposition
   ~~Good cause~~ appearing, the application of Fontana to appear at the scheduled Settlement
21 Conference via telephone is hereby GRANTED.
22 Dated: 21 June '11                       [signature]

26                                    -2-
27 APPLICATION TO APPEAR AT SETTLEMENT CONFERENCE VIA TELEPHONE