AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California, Oakland Division__

Eric Witherspoon

Plaintiff (s),

V.

Carla Green, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C10-03722 CW

Notice is hereby given that, subject to approval by the court, __Guerrilla Funk Recordings__ substitutes
(Party (s) Name)

__LINDA M. BURROW__, State Bar No. __194668__ as counsel of record in
(Name of New Attorney)

place of __ADAM S. GRUEN (SBN 114889)__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: CALDWELL LESLIE & PROCTOR, PC
Address: 1000 Wilshire Blvd., Suite 600, Los Angeles, CA 90017
Telephone: (213) 629-9040   Facsimile (213) 629-9022
E-Mail (Optional): burrow@caldwell-leslie.com

I consent to the above substitution.
Date: Dec 11, 2011
(Signature of Party (s))

I consent to being substituted.
Date: Dec 12, 2011
ADAM GRUEN
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10 december 2011
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/22/2011
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]