IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WITHERSPOON, professionally known as DORIAN MOOR, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>CARLA GREEN, an individual; KARRYL SMITH, an individual; CARLA GREEN and KARRYL SMITH, professionally known as THE CONSCIOUS DAUGHTERS; OSCAR JEROME JACKSON, JR., professionally known as PARIS, an individual; GUERRILLA FUNK RECORDINGS AND FILM WORKS, LLC, a California limited liability company; FONTANA DISTRIBUTION, LLC, a Delaware limited liability company; STEVEN ANDERSON, also known as STEVEN KING, an individual; and DOES 1 through 200, inclusive ,<br><br>    Defendants.<br>_____/ | No. C 10-3722 CW<br><br>ORDER GRANTING DEFENDANT CARLA GREEN'S MOTION TO SET ASIDE ENTRY OF DEFAULT, and GRANTING IN PART AND DENYING IN PART DEFENDANT GREEN'S REQUEST TO CONTINUE THE TRIAL AND REOPEN DISCOVERY (Docket No. 42) |

    For the reasons explained at the December 22, 2011 hearing, the Court grants Defendant Carla Green's motion to set aside entry of default against her and her request to continue the trial. Docket No. 42. The five day jury trial is reset to begin on March 19, 2012 at 8:30 am. The Court will not entertain any dispositive motions. The parties shall appear for a final pretrial conference on March 7, 2012 at 2:00 pm. Deadlines and requirements related

to the pretrial conference are provided in the Court's standing order for pretrial preparation.

Discovery in this case is reopened on a limited basis. Green may submit limited discovery requests, which shall be served on Witherspoon on or before January 3, 2012. Green's requests for discovery are limited to five requests for the production of documents, five requests for admissions, five interrogatories and a deposition of Witherspoon, not to exceed four hours. Witherspoon shall respond to Green's written discovery requests on or before February 3, 2012. If necessary, Green may file a motion for late disclosure of an expert witness. Witherspoon may submit discovery requests in keeping with the rules set forth in the Federal Rules of Civil Procedure.

Finally, for settlement purposes, this case is referred to Magistrate Judge Maria Elena James, with the understanding that she previously handled a discovery dispute is this action. The parties shall appear for a settlement conference with Judge James at the convenience of her calendar.

The claims against Karryl Smith and Steven Anderson are dismissed because they were never served with the summons and complaint. Docket No. 7.

IT IS SO ORDERED.

Dated: 12/27/2011

CLAUDIA WILKEN
United States District Judge

2