UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WITHERSPOON, | No. C 10-03722 CW (MEJ) |
| Plaintiff, | **NOTICE OF REFERRAL FOR PURPOSES OF DISCOVERY** |
| v. | |
| CARLA GREEN, et al., | |
| Defendants. | |

The Court is in receipt of Defendants' request for a telephonic discovery conference, filed January 17, 2012. Dkt. No. 63. Good cause appearing, the Court waives the in-person meet and confer requirement for purposes of the dispute addressed in Defendants' request. The parties shall file a joint letter in compliance with the undersigned's discovery standing order. Should future disputes arise in this case, the Court may impose an in-person meeting requirement.

**IT IS SO ORDERED**

Dated: January 19, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA | |
| ERIC WITHERSPOON,<br><br>    Plaintiff,<br><br>  v.<br><br>CARLA GREEN et al,<br><br>    Defendant.       / | Case Number: CV10-03722 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Witherspoon
3200 Shattuck Avenue, #3
Berkeley,  CA 94705

Dated: January 19, 2012

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2