ERIC WITHERSPOON
3200 Shattuck Avenue, #3
Berkeley, CA 94705
Telephone: (510) 915-2273

*Plaintiff in propria persona*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### Oakland Division

| | |
|---|---|
| ERIC WITHERSPOON, professionally known as DORIAN MOOR, an individual, | Case No.: C10-03722 CW |
| Plaintiff, | **SPECIAL VERDICT FORM** |
| vs. | **BREACH OF CONTRACT** |
| CARLA GREEN, an individual; KARRYL SMITH, an individual; CARLA GREEN and KARRYL SMITH, professionally known as THE CONSCIOUS DAUGHTERS; OSCAR JEROME JACKSON, JR., professionally known as PARIS, an individual; GUERRILLA FUNK RECORDINGS AND FILMWORKS, LLC, a California limited liability company; FONTANA DISTRIBUTION, LLC, a Delaware limited liability company; STEVEN ANDERSON also known as STEVEN KING, an individual; and DOES 1 through 200, inclusive, | |
| Defendants. | |
| OSCAR JEROME JACKSON, JR., professionally known as PARIS, an individual; GUERRILLA FUNK RECORDINGS AND FILMWORKS, LLC, a California limited liability company. | |
| Counter-Claimants, | |
| vs. | |
| ERIC WITHERSPOON, professionally known as DORIAN MOOR, an individual; and DOES 1-10, | |
| Counter-Defendant | |

1

We, the jury in the above-entitled action, unanimously find the following on the questions submitted to us:

1. Did Eric Witherspoon and Carla Green, Oscar J. Jackson, Guerilla Funk Recordings and Filmworks, LLC and Fontana Distribution, LLC enter into a contract?

___Yes ___No as to Carla Green

___Yes ___No as to Oscar J. Jackson

___Yes ___No as to Guerilla Funk Recordings and Filmworks, LLC

___Yes ___No as to Fontana Distribution, LLC

If the answer to question 1 is yes, then answer question 2.

If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Eric Witherspoon do all, or substantially all of the significant things that the contract required him to do?

___Yes ___No

If your answer to question 2 is yes, then skip question 3 and answer question 4. If you answered no, then answer question 3.

3. Was Eric Witherspoon excused from having to do all, or substantially all, of the significant things that the contract required him to do.

___Yes ___No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Did all of the conditions that were required for Carla Green, Oscar J. Jackson, Guerilla Funk Recordings and Filmworks, LLC and Fontana Distribution, LLC's performance occur?

___Yes ___No as to Carla Green

___Yes ___No as to Oscar J. Jackson

___Yes ___No as to Guerilla Funk Recordings and Filmworks, LLC

___Yes ___No as to Fontana Distribution, LLC

If your answer to question 4 is yes, then answer question 5.

If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. Did Carla Green, Oscar J. Jackson, Guerilla Funk Recordings and Filmworks, LLC and Fontana Distribution, LLC fail to do something that the contract required her to do?

___Yes ___No as to Carla Green

___Yes ___No as to Oscar J. Jackson

___Yes ___No as to Guerilla Funk Recordings and Filmworks, LLC

___Yes ___No as to Fontana Distribution, LLC

If your answer to question 5 is yes, then answer question 6. If you answered no stop here, answer no further questions, and have the presiding juror sign and date this form.

6. Was Eric Witherspoon harmed by the failure?

___Yes ___No

If your answer to question 6 is yes, then answer question 7. If you answered no stop here, answer no further questions, and have the presiding juror sign and date this form.

7. What are Eric Witherspoon's damages?

a. Past economic loss: $_____

b. Future economic loss: $ _____

Plaintiff's Verdict Form Breach of Contract

Have the presiding juror sign and date this form.

    Signed: _____ Dated: _____

           Presiding Juror