IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WITHERSPOON,<br><br>      Plaintiff,<br><br>  v.<br><br>CARLA GREEN, an individual also known as The Conscious Daughters; KARRYL SMITH, an individual also known as The Conscious Daughters; OSCAR JEROME JACKSON , JR, also known as Paris; GUERRILLA FUNK RECORDINGS AND FILMWORKS, LLC, a California limited liability company; FONTANA DISTRIBUTION LLC, a Delaware limited liability company; STEVEN ANDERSON, also known as Steven King,<br><br>      Defendants.<br>_____/ | No. C 10-03722 CW<br><br>CONDITIONAL ORDER OF DISMISSAL |

    The Court having been advised that the parties have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 30 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.  The pre-trial conference and trial dates are vacated.  All pending motions are terminated.

1    IT IS SO ORDERED.

2   Dated: 3/14/2012
                                    _____
                                    CLAUDIA WILKEN
3                                   United States District Judge

4   cc: MEJ

**United States District Court**
**For the Northern District of California**

2