1   GOINS & ASSOCIATES PLC
    VERNON C. GOINS II (SBN 195461)
2    *vgoins@goinslawfirm.com*
    VERONICA H. GARCIA (SBN 215216)
3   1330 Broadway, Suite 1530
    Oakland, CA 94612
4   Telephone: (510) 663-3700
    Facsimile: (510) 663-3710
5
    Attorneys for Defendant
6   CARLA GREEN

7   CALDWELL LESLIE & PROCTOR, PC
    LINDA M. BURROW, State Bar No. 194668
8    *burrow@caldwell-leslie.com*
    CRAIG H. BESSENGER, State Bar No. 245787
9    *bessenger@caldwell-leslie.com*
    1000 Wilshire Boulevard, Suite 600
10  Los Angeles, California  90017-2463
    Telephone: (213) 629-9040
11  Facsimile: (213) 629-9022

12  Attorneys for FONTANA DISTRIBUTION,
    LLC, OSCAR JEROME JACKSON, JR. p/k/a
13  "PARIS," and GUERRILLA FUNK
    RECORDINGS AND FILMWORKS, LLC
14

15                **UNITED STATES DISTRICT COURT**

16      **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

17

18  | ERIC WITHERSPOON, professionally known | Case No. CV 10-3722 CW |

    as "DORIAN MOORE,"
19                                          **[PROPOSED] ORDER REFERRING**
                  Plaintiff,                **PARTIES TO CHIEF MAGISTRATE**
20                                          **JUDGE JAMES FOR TELEPHONIC**
            v.                              **CONFERENCE**
21
    CARLA GREEN, an individual, KARRYL
22  SMITH, an individual, THE CONSCIOUS
    DAUGHTERS, OSCAR JEROME            Trial Date:        N/A
23  JACKSON, JR., professionally known as
    "PARIS," an individual, GUERRILLA FUNK
24  RECORDINGS AND FILMWORKS, LLC, a
    California limited liability company, STEVEN
25  ANDERSON, also known as STEVEN KING,
    an individual, and DOES 1-200, inclusive,
26
                  Defendants.
27

28

CALDWELL
LESLIE &
PROCTOR

1    Pursuant to Civil Local Rule 7-11(c), Carla Green, Fontana Distribution, LLC, Oscar

2   Jerome Jackson, Jr., and Guerrilla Funk Recordings and Filmworks, LLC's Request for Order

3   Referring Parties to Chief Magistrate Judge James for Telephonic Conference was deemed

4   submitted for immediate determination without hearing on June __, 2012.  After full consideration

5   of the matter, and for good cause shown, this Court finds that the parties should participate in a

6   telephonic conference with Chief Magistrate Judge James so as to conclude the settlement of this

7   matter.

8    IT IS THEREFORE ORDERED that Defendants' Request is GRANTED and the parties

9   shall participate in a telephonic conference with Chief Magistrate Judge James, in accord with the

10  schedule of Chief Magistrate Judge James.

11

12  **IT IS SO ORDERED.**

13

14  Dated:        6/14/2012                            _____

15                                                                      The Honorable Claudia Wilken

                                                                            United States District Court Judge

16

17

18  Prepared By:

19           /S/
_____

20  CALDWELL LESLIE & PROCTOR, PC
Attorneys for FONTANA DISTRIBUTION, LLC, OSCAR JEROME JACKSON, JR. p/k/a

21  "PARIS," and GUERRILLA FUNK RECORDINGS AND FILMWORKS, LLC

22

23

24

25

26

cc: MEJ

27

28

CALDWELL
LESLIE &
PROCTOR

-1-                                                        CV 10-3722 CW
[PROPOSED] ORDER REFERRING PARTIES TO CHIEF MAGISTRATE JUDGE JAMES FOR TELEPHONIC
CONFERENCE